Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  18–35225–MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Irene M Heyler
   aka Irene Mary Heyler
   174 Marlboro Road
   Old Bridge, NJ 08857

Social Security No.:
   xxx–xx–7685

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 4, 2019</u>                  <u>Michael B. Kaplan</u>
                                       Judge, United States Bankruptcy Court